AUSA: Brandon Bolling                     Telephone: (313) 226-9666

Special Agent     : Andrew Ruberg         Telephone: (313) 965-2323

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America,

        Plaintiff,

v.

Wissam Mahfouz

        Defendant(s).

Case:2:14-mj-30522
Judge: Unassigned,
Filed: 10-15-2014 At 03:33 PM
CMP: USA V MAHFOUZ (LCB)

---

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of _____January 2011- August 2011_____ , in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1343 | Violations of transmitting in interstate commerce any communication containing a scheme to defraud, or for obtaining money by means of false or fraudulent pretenses, representations, or promises as related to fraudulent collections of State of Michigan Unemployment Insurance Agency (UIA) benefits. |

This criminal complaint is based on these facts:

See the attached affidavit.

☑      Continued on the attached sheet.

_____
Complainant's signature

_____Andrew Ruberg_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/15/14__

City and state: Detroit, Michigan

_____
Judge's signature

Mona K. Majzoub
U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A WARRANT AUTHORIZING THE          Case No. _____
ARREST OF: **WISSAM NIZAR MAHFOUZ**

## AFFIDAVIT
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, Andrew Ruberg, a Special Agent for the Federal Bureau of Investigation (FBI), Detroit, Michigan, United States Department of Justice, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516.

2.      I am a Special Agent with the FBI in Detroit, Michigan and have been since December 2012. I am currently assigned to the FBI Detroit Joint Terrorism Task Force (JTTF) and have attended training regarding violent crimes, financial crimes, acts of terrorism, terrorism financing, material support to terrorism and Homegrown Violent Extremists. My training and

experience includes investigations of national security, international terrorism and domestic terrorism. I have participated in the investigation, which is the subject of this affidavit, for over one year.

3.     The statements contained in this affidavit are based upon my own investigation, as well as upon information provided by other Special Agents and analysts of the FBI, Law Enforcement Officers, interviews of individuals employed by the State of Michigan Unemployment Insurance Agency, and upon my experience and background as a Special Agent of the FBI. I have not included all the facts known about the case, only those necessary to establish probable cause to believe that WISSAM NIZAR MAHFOUZ has violated Title 18 U.S.C. § 1343 (wire fraud).

## SUBJECT OF THE INVESTIGATION

4.     WISSAM NIZAR MAHFOUZ is a naturalized United States citizen who was born in the country of Lebanon. He currently resides in Dearborn, Michigan, United States.

## PROBABLE CAUSE

5.     The investigation, through financial analysis performed by a FBI forensic accountant and the aforementioned FBI Special Agent, noted WISSAM NIZAR MAHFOUZ has engaged in activities indicative of fraudulent collection of State of Michigan Unemployment Insurance Agency (UIA) funding as supplemented by United States Federal Emergency Unemployment Compensation (EUC) in a manner that constitutes as a violation of 18 U.S.C. § 1343 (wire fraud).

6.      18 U.S.C. § 1343 defines fraud by wire, radio or television as follows:

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.*

7.      During the period January 2011 through August 2011, WISSAM NIZAR MAHFOUZ received over $7,000 paid by the State of Michigan Unemployment Insurance Agency (UIA). The funds provided by the State of Michigan UIA were supplemented by federal funds, Emergency Unemployment Compensation (EUC) benefits, when the State of Michigan agency no longer sustained sufficient funding to cover qualified individuals. Per the United States Department of Labor website, EUC is a 100% federally funded program that provides benefits to individuals who have exhausted regular state benefits. As described in Attachment B,

the UIA qualification process and eligibility requirements are noted as follows. In order to be eligible to receive State of Michigan UIA benefits, the recipient, in this case MAHFOUZ, must certify the following every other week in order to receive benefits: the claimant must be unemployed; the claimant's income, if any, during the two week period; and indicate whether they were able to, available for and actively seeking suitable full-time employment.

8. If the claimant had personal income during the period, the amount received from UIA was adjusted accordingly to take into account the income other than UIA funds received by the claimant during the period. On October 4, 2013, per discussion with Anita Friday, Director of Fiscal Integrity at the Michigan Unemployment Insurance Agency, and Melanie Harrison-Holman, Manager of UIA Detroit Problem Resolution Office, a claimant is not qualified for UIA benefits if the claimant has been paid more than 1.5 times the weekly benefit amount in any given claim period. Traditionally, claimant certification is completed via telephone or internet where a claimant initiates contact with the UIA and certifies the aforementioned conditions for the previous period (two weeks). At that point, the benefit amount is electronically transferred to the claimant's bank account as calculated through the information provided by the claimant's certification.

9. Through an interview conducted with Anita Friday, UIA's Director of Fiscal Integrity, on October 4, 2013, it was determined that WISSAM NIZAR MAHFOUZ received benefits from Emergency Unemployment Compensation (EUC) funding a total of 25 times between January 2011 and August 2011. Per the Anita Friday interview conducted, MAHFOUZ certified for UIA benefits via the automated telephone system. The servers responsible for the

operation of the State of Michigan UIA automated telephone system resided in Boulder, Colorado at the time the claimant filed. Therefore, any telephonic claims filed were communicated through interstate means.

10.     Specifically, between January 2011 and August 2011, MAHFOUZ claimed and accepted EUC funded benefits while also receiving payment from an apparent employer, ERA Dynasty, a real estate company in Dearborn, Michigan. Through analysis of bank records obtained through Federal Grand Jury subpoenas, to include Bank of America account numbers 4350 0875 7661 and 36 4001 1247 belonging to MAHFOUZ, during the year 2011, MAHFOUZ received income as noted in the 'Other Employment Payments' section of Attachment A. Further, through analysis of Michigan Unemployment Insurance Agency information provided via Federal Grand Jury subpoena, MAHFOUZ continued to receive benefits from UIA while receiving payment from ERA Dynasty. Per a 07/03/2014 interview of Melanie Harrison-Holeman (Manager of UIA Detroit Problem Resolution Office), when a claimant fraudulently collects UIA benefits, all subsequent instances where UIA benefits were received by that claimant are considered fraudulent. Therefore, the total amounts noted in Attachment A include the summation of all instances where UIA benefits were collected by WISSAM NIZAR MAHFOUZ subsequent to, and including, the first instance where UIA benefits were fraudulently collected. As noted in Attachment A, the first instance where MAHFOUZ received payments from ERA Dynasty while MAHFOUZ continued to receive UIA benefits was noted on January 22, 2011. Therefore, all subsequent UIA benefits collected by MAHFOUZ are considered fraudulent. Per documentation provided by UIA, MAHFOUZ did not waive his UIA

benefits claim while receiving this pay from ERA Dynasty. Further, the UIA claim date is the date the individual physically filed the claim (i.e. telephonic or via internet) and this claim covers the two weeks previous to the date of the claim (i.e. 01/15/2011 claim date covers 01/01/2011 – 01/14/2011). As such, MAHFOUZ claimed benefits for periods in which ERA Dynasty paid MAHFOUZ more than 1.5 times the amount of the benefit and thus, violated his eligibility for benefits.

11. Based on the information noted above and that provided by the state of Michigan UIA, WISSAM MAHFOUZ telephonically filed (interstate communications) claims to the State of Michigan UIA in order to receive benefits, to include those paid through the federally funded EUC program, while maintaining employment and receiving payment from ERA Dynasty, during the year 2011. Therefore, these claims appear to be fraudulently filed and the manner in which the claims were filed (telephonic) constitutes as wire fraud.

///

**CONCLUSION**

12.    Therefore, based upon the above information, your affiant believes there is probable cause to believe that WISSAM NIZAR MAHFOUZ has committed violations of transmitting in interstate commerce any communication containing a scheme to defraud, or for obtaining money by means of false or fraudulent pretenses, representations, or promises, in violation of Title 18 U.S.C. § 1343.

Respectfully submitted,

Andrew Ruberg
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this ___ day of October, 2014:

HONORABLE
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

| # of Instances Where Benefits Received | Unemployment Insurance Agency | | | Other Employment Payments | | | |
|---|---|---|---|---|---|---|---|
| | Claim Date | Benefit Payment Amount | Payment Date | Check From | Check Number | Check Date | Check Amount |
| 1 | 1/15/2011 | $315.24 | 2/2/2011 | N/A | N/A | N/A | N/A |
| 2 | 1/22/2011 | $315.24 | 2/2/2011 | ERA Dynasty | 3171 | 1/21/2011 | $750.00 |
| | | | | ERA Dynasty | 3146 | 1/18/2011 | $1,760.88 |
| 3 | 1/29/2011 | $315.24 | 2/7/2011 | N/A | N/A | N/A | N/A |
| 4 | 2/5/2011 | $315.24 | 2/7/2011 | N/A | N/A | N/A | N/A |
| 5 | 2/12/2011 | $315.24 | 2/21/2011 | N/A | N/A | N/A | N/A |
| 6 | 2/19/2011 | $315.24 | 2/21/2011 | ERA Dynasty | 3267 | 2/18/2011 | $1,207.50 |
| 7 | 2/26/2011 | $315.24 | 3/7/2011 | N/A | N/A | N/A | N/A |
| N/A | 3/5/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| N/A | 3/12/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 8 | 3/19/2011 | $315.24 | 3/21/2011 | N/A | N/A | N/A | N/A |
| 9 | 3/26/2011 | $315.24 | 4/4/2011 | N/A | N/A | N/A | N/A |
| 10 | 4/2/2011 | $315.24 | 4/4/2011 | N/A | N/A | N/A | N/A |
| 11 | 4/9/2011 | $315.24 | 4/18/2011 | N/A | N/A | N/A | N/A |
| 12 | 4/16/2011 | $315.24 | 4/18/2011 | N/A | N/A | N/A | N/A |
| 13 | 4/23/2011 | $315.24 | 5/2/2011 | N/A | N/A | N/A | N/A |
| 14 | 4/30/2011 | $315.24 | 5/2/2011 | N/A | N/A | N/A | N/A |
| N/A | 5/7/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 15 | 5/14/2011 | $315.24 | 05/16/011 | N/A | N/A | N/A | N/A |
| N/A | 5/21/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 16 | 5/28/2011 | $315.24 | 5/30/2011 | N/A | N/A | N/A | N/A |
| N/A | 6/4/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 17 | 6/11/2011 | $315.24 | 6/13/2011 | N/A | N/A | N/A | N/A |
| 18 | 6/18/2011 | $315.24 | 6/27/2011 | N/A | N/A | N/A | N/A |
| 19 | 6/25/2011 | $315.24 | 6/27/2011 | N/A | N/A | N/A | N/A |
| N/A | 7/2/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 20 | 7/9/2011 | $315.24 | 7/11/2011 | N/A | N/A | N/A | N/A |
| 21 | 7/16/2011 | $315.24 | 7/25/2011 | N/A | N/A | N/A | N/A |
| 22 | 7/23/2011 | $315.24 | 7/25/2011 | ERA Dynasty | 3680 | 7/19/2011 | $2,024.00 |
| N/A | 7/30/2011 | $0.00 | Week Waived | N/A | N/A | N/A | N/A |
| 23 | 8/6/2011 | $315.24 | 8/8/2011 | ERA Dynasty | 3723 | 8/3/2011 | $938.40 |
| | | | | ERA Dynasty | 3716 | 8/1/2011 | $3,551.40 |
| 24 | 8/13/2011 | $315.24 | 8/22/2011 | N/A | N/A | N/A | N/A |
| 25 | 8/20/2011 | $315.24 | 8/22/2011 | N/A | N/A | N/A | N/A |
| N/A | 8/27/2011 | $0.00 | Converted Unpaid Certification | N/A | N/A | N/A | N/A |
| N/A | 9/3/2011 | $0.00 | Converted Unpaid Certification | N/A | N/A | N/A | N/A |
| 25 | Total | $7,565.76 | | | | Total | $10,232.18 |

# ATTACHMENT B

# Claiming Unemployment Benefits in Michigan



**State of Michigan**
Department of Licensing and
Regulatory Affairs

**UNEMPLOYMENT
INSURANCE
AGENCY**

Rick Snyder, Governor
State of Michigan
Steve Arwood, Director
Department of Licensing and
Regulatory Affairs
Steve Arwood, Director
Unemployment Insurance Agency

If you become unemployed, you may qualify for unemployment insurance benefits. These benefits are intended to provide temporary income as you seek new employment. The following is basic information about Michigan's unemployment insurance program, which is administered by the Unemployment Insurance Agency (UIA).

### How to file a claim for unemployment benefits

A claim for unemployment benefits begins the week it is filed. Therefore, you should file your claim for benefits during your first week of unemployment. There are two ways in which to file a claim. You can file a new unemployment claim or reopen an existing claim by:

1. **Internet** -- visit UIA's website -- _www.michigan.gov/uia._ The website is available from 7:00 a.m. Monday through 7:00 p.m. Saturday (Eastern Time). If you need a computer with Internet access, visit your local public library as most have computers with Internet connections available for public use.
2. **Telephone** -- call UIA's telephone filed claims (TFC) number at 1-866-500-0017. _When to call:_ Call the toll-free TFC number to file your unemployment claim according to the schedule shown to the right.

Once you file your new claim, you will be mailed:

- A determination showing if you qualify based on the wages you have earned, the amount of weekly benefits and the number of weeks you may receive.
- If there is an eligibility issue with your claim you will receive a separate notice.
- A booklet with detailed information about your rights and responsibilities for unemployment benefits, unless you have chosen to view the booklet online. _Please read this material carefully._

_Schedule for filing by phone_
Based on last 2 digits
of Social Security number

|      | 8:00 AM to 12:30 PM (Agents available) | 12:30 PM to 4:30 PM (Agents available) | 4:30 PM to 8:00 AM (No agents available) |
|------|--------|--------|--------|
| Mon  | 00-15  | 16-33  | Open call-in |
| Tues | 34-48  | 49-66  | Open call in |
| Wed  | 67-81  | 82-99  | Open call in |
| Thur Fri | Open call in | | Open call in |

_Eastern Time_

**Qualifying requirements** – The UIA will look at your **standard base period** to determine if your wages qualify you for unemployment benefits. The standard base period includes the first four of the last five completed calendar quarters prior to when you filed your claim. The four calendar quarters in a year are: January – March, April – June, July – September and October – December.

If you cannot qualify based on your standard base period, the UIA will consider your wages in the **"alternate" base period**, which is the four most recently completed calendar quarters.

There are two ways in which your wages may qualify you for unemployment benefits:
- **"Regular" qualifying method**: (a) For benefit years beginning January 4, 2009, and after, you must have wages in at least two quarters in your base period. In one quarter, your wages must be at least $2,871; and (b) total wages for all four quarters must equal at least one and a half times the highest amount of wages paid in any quarter of the base period. ($2,871 x 1.5 = $4,306.50)

**OR**

- **Alternate Earnings Qualifier (AEQ)**: (a) You must have wages in at least two quarters; _and_ (b) total wages for all four quarters must equal at least 20 times the state average weekly wage (SAWW). For 2013, the AEQ amount is $17,731.20 [20 x $886.56 (SAWW) = $17,731.20].

**Eligibility requirements** – To be eligible for unemployment benefits, you must be unemployed and able to, available for, and actively seeking suitable full-time work. Unless instructed otherwise by UIA staff, you must also register for work two to three business days before your first call to MARVIN by reporting to your local Michigan Works! Agency service center to create a Pure Michigan Talent Connect profile. Visit www.michiganworks.org for locations.

Fact Sheet #36
February 2013

CADILLAC PLACE ▪ 3024 WEST GRAND BOULEVARD ▪ DETROIT, MICHIGAN 48202
www.michigan.gov/uia ▪ TTY 1-866-366-0004

**Receiving your benefits** – You report to the UIA by telephone or through the Internet to certify concerning your eligibility for benefits, using Michigan's Automated Response Voice Interactive Network (MARVIN). You must certify through MARVIN every other week in order to receive your unemployment benefits. Your MARVIN appointment time is based on your Social Security number. To call MARVIN, dial its toll-free telephone number 1-866-638-3993. To use MARVIN online, visit UIA's website (www.michigan.gov/uia) and click on the "UIA Online Services for Unemployed Workers" link. You will need to create a free online web account with UIA.

When you apply for benefits, you can choose to receive your benefits through either a debit card or by direct deposit into your bank account.

**Amount of unemployment benefits** – UIA staff calculates how much you receive in unemployment benefits by multiplying the highest amount of wages paid to you in any base period quarter by 4.1%. The UIA adds $6 for each dependent you claim, up to five dependents. The weekly benefit amount is capped at $362.

To determine how many weeks of benefits you may receive, UIA multiplies your total base period wages by 43%, and then divides that answer by your weekly benefit amount. The claim, however, cannot be less than 14 weeks or more than 20.

**Receiving unemployment benefits while working** – In some cases, you can accept part-time work while receiving unemployment benefits. However, your work must be less than full-time, and your benefits will be reduced according to *how much you earn in the week for which you are claiming benefits.*

There are three basic principles that affect how much you can earn while receiving unemployment benefits: (1) if your wages are equal to or less than your weekly benefit amount, then your benefits are reduced by 40c for every dollar you earn; (2) if your wages exceed your weekly benefit amount but are less than 1.6 times your benefit amount, then your total wages are subtracted from 1.6 times your weekly benefit amount; and (3) the combination of your weekly benefits and wages cannot exceed 1.6 times your weekly benefit amount.

*A point to remember:* The number of benefit weeks remaining on your claim will be reduced by one full week for each week you receive *any* benefit payment.

**For further information** -- For general information about unemployment benefits, visit our website at www.michigan.gov/uia. If you have a question or problem with your telephone or Internet-filed claim, you can inquire about the claim by calling 1-866-500-0017 and selecting Option 3. If you have an online web account with the agency, you can email questions about your unemployment claim to UIA's Virtual Problem Resolution unit. This toll-free number is open weekdays from 8:00 a.m. to 4:30 p.m. There are 15 Problem Resolution Offices throughout the state for in-person assistance with any problem you may have with your claim. Visit UIA website for locations.

*January*

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

**February**

|   |   | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 |   |   |   |   |   |

***FILING EXAMPLE***

*If you're filing a new* claim or *reopening* an established claim:

**January 21** – last day of work
**January 23-29** – week claim should be filed
**February 6-12** – to certify for your first two weeks of unemployment (weeks ending 1/29 and 2/5), contact MARVIN either by telephone at 1-866-638-3993 OR by going online to UIA's website and choosing the link, "UIA Online Services for Unemployed Workers." Contact MARVIN by phone or online at your appointed day and time on Monday through Wednesday during this week. If you are unable to contact MARVIN at your scheduled time, you can try again any time on Thursday or Friday between 8:00 AM and 7:00 PM.

Generally, UIA will issue your benefits within a day or two of your certification. There could, however, be a delay, if you were separated from your job for any reason other than lack of work.

LARA is an equal opportunity employer program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.



Michigan Department of Licensing and Regulatory Affairs
Unemployment Insurance Agency
Authority: UIA Director. Quantity 1,000
Cost: $14.14 4c copy) Paid for with federal funds